UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| JACKIE L. KETRON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 1:10-CV-00428-TLS |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on the Report and Recommendation [ECF No. 24] of United States Magistrate Judge Roger B. Cosbey, which was filed on October 21, 2011. In his Report and Recommendation, Judge Cosbey recommends that the Commissioner's decision be affirmed because the step three determination by the Administrative Law Judge (ALJ) was supported by substantial evidence, because the ALJ made an adequate credibility determination in accordance with the factors identified in SSR 96-7p, and because the ALJ adequately articulated a function-by-function assessment of the Plaintiff's residual functional capacity and logically bridged the evidence to his conclusion.

This Court's review of a magistrate's report and recommendation is governed by 28 U.S.C. § 636(b)(1), which provides in part:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions.

The statute permits objections to the magistrate's report and recommendations to be made within

fourteen days of service of a copy of the report. *Id.*; *see also* Fed. R. Civ. P. 72(b) (setting forth procedures for objecting to a magistrate's report and recommendation and the district court's resolution of any objections).

As of the date of this Order, no objection to the Report and Recommendation has been filed, and the time for making objections has now passed. Having reviewed the Report and Recommendation prepared by Judge Cosbey, the Court ADOPTS the Report and Recommendation [ECF No. 24] in its entirety and ACCEPTS the recommended disposition. The Commissioner's decision is AFFIRMED. The Clerk of this Court is DIRECTED to ENTER JUDGMENT in favor of the Defendant and against the Plaintiff.

SO ORDERED on November 16, 2011.

 s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT